ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiff David A. Schuette

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A. Schuette, <br><br> Plaintiff, <br><br> v. <br><br> AAMCO Transmissions, Inc. <br><br> Defendants. | CASE NO. <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rules 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: David Schuette and Schuette Enterprises, Inc., a California corporation.

DATED: March __, 2011          LAGARIAS & BOULTER, LLP]

                                                      _____
                                                      Peter C. Lagarias, Esq.
                                                      Attorneys for Plaitniff David A. Schuette