PETER C. LAGARIAS (SBN 77091)
ROBERT S. BOULTER (SBN 153549)
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Plaintiff David A. Schuette

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID A. SCHUETTE,<br><br>  Plaintiff,<br><br>v.<br><br>AAMCO TRANSMISSIONS, Inc.,<br><br>  Defendant. | **CASE NO:  2:11-CV-00641-KJM-DAD**<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF DAVID A. SCHUETTE FOR PRELIMINARY INJUNCTION**<br><br>Date:   **April 27, 2011**<br>Time:   **10:00 a.m.**<br>Ctrm:   **4-200**<br>Before: **Hon. Kimberly J. Mueller** |

TO DEFENDANT AAMCO TRANSMISSIONS, INC. AND TO THEIR

ATTORNEYS:

   PLEASE TAKE NOTICE that on April 27, 2011, at 10:00 a.m., or as soon

thereafter as the matter may be heard before the Honorable Kimberly J. Mueller at

the above court located at 501 "I" Street, Room 4-200, Sacramento, California

95814, plaintiff David A. Schuette will, and hereby does, move the Court for a

preliminary injunction restraining Defendant AAMCO Transmissions, Inc., and all

other acting in concert with it, from terminating the AAMCO franchise agreements

with plaintiff David A. Schuette at 2257 Arden Way, Sacramento, California and

6441 Franklin Boulevard, Sacramento, California and from removing said franchises from the AAMCO website locator and from diverting their telephone calls to 1-800-AAMCO or other telephone numbers.

This motion is made on the grounds that plaintiff David A. Schuette is likely to prevail on the merits of his claims for breach of contract, wrongful termination of the franchise agreements in violation of the California Franchise Relations Act, and violations of Section 17200 of the California Business & Professions Code.  In addition, without a preliminary injunction, plaintiff David A. Schuette is likely to suffer irreparable harm including loss of employees, business and livelihood and is otherwise entitled to a preliminary injunction under Federal Rule of Civil Procedure 65, all as more fully set forth in the accompanying declaration of plaintiff David A. Schuette and Memorandum in Support.

The motion is based on this notice of motion and motion, the declarations of David A. Schuette and Peter C. Lagarias, Esq., and the exhibits thereto, the accompanying memorandum in support, and on the pleadings and records in this action, and such additional evidence and matter as may be submitted at or before the hearing.

DATED:  March 14, 2011                    Lagarias & Boulter L.L.P.


                                          /s/ Peter C. Lagarias
                                          Peter C. Lagarias

                                          Attorneys for Plaintiff David A.
                                          Schuette

n:\active\schuette, david\pleadings\app for pi 3.14.11\notice.motion.p.i..doc