JAMES A. GONIEA (State Bar No. 170849)
jgoniea@americandriveline.com
AMERICAN DRIVELINE SYSTEMS, INC.
201 Gibraltar Road
Horsham, PA 19044
Telephone: (610) 668-2900
Facsimile: (610) 664-5897

JOEL D. SIEGEL (State Bar No. 155581)
joel.siegel@snrdenton.com
KAREN C. MARCHIANO (State Bar No. 233493)
karen.marchiano@snrdenton.com
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1143
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Attorneys for Defendant
AAMCO Transmissions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A. Schuette, | No. 2:11-CV-00641-KJM-DAD |
| Plaintiff, | DEFENDANT AAMCO TRANSMISSIONS, INC.'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1) |
| vs. | |
| AAMCO Transmissions, Inc., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant AAMCO Transmissions, Inc. discloses that:

A.   Defendant AAMCO Transmissions, Inc.'s parent corporation is American Driveline Systems, Inc.

B.   No publicly held corporation owns 10% or more of the stock of Defendant AAMCO Transmissions, Inc.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 18, 2011 | SNR DENTON US LLP |

By:    */s/ Karen C. Marchiano*
       KAREN C. MARCHIANO

Attorneys for Defendant
AAMCO Transmissions, Inc.