JAMES A. GONIEA (State Bar No. 170849)
jgoniea@americandriveline.com
AMERICAN DRIVELINE SYSTEMS, INC.
201 Gibraltar Road
Horsham, PA 19044
Telephone: (610) 668-2900
Facsimile: (610) 664-5897

JOEL D. SIEGEL (State Bar No. 155581)
joel.siegel@snrdenton.com
KAREN C. MARCHIANO (State Bar No. 233493)
karen.marchiano@snrdenton.com
SNR DENTON US LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1143
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

Attorneys for Defendant
AAMCO Transmissions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A. Schuette,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AAMCO Transmissions, Inc.,<br><br>　　　　Defendant. | No. 2:11-CV-00641-KJM-DAD<br><br>NOTICE OF SETTLEMENT AND REQUEST TO TAKE PRELIMINARY INJUNCTION HEARING OFF CALENDAR<br><br>Date:  April 27, 2011<br>Time:  11:00 a.m.<br>Courtroom: 4-200<br>Before:  Hon. Kimberly J. Mueller |

NOTICE OF SETTLEMENT

The parties to the above-captioned action, David A Schuette and AAMCO Transmissions, Inc., through their respective counsel, hereby notify the Court that this morning a settlement was reached between the parties. Dispositional documents will be filed with the Court within the next twenty-one days. Accordingly, the parties respectfully request that the Court take off calendar the Motion for Preliminary Injunction presently scheduled for hearing on April 27, 2011 at 11:00 a.m. before the Hon. Kimberly J. Mueller.

Respectfully submitted,

Dated: April 26, 2011         LAGARIAS & BOULTER, LLP


By:     /s/ Peter C. Lagarias
             PETER C. LAGARIAS

Attorneys for Plaintiff
David A. Schuette


Dated: April 26, 2011         SNR DENTON US LLP


By:     /s/ Karen C. Marchiano
             KAREN C. MARCHIANO

Attorneys for Defendant
AAMCO Transmissions, Inc.