IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID A. SCHUETTE,

      Plaintiff,                                     No. CIV S-11-0641 KJM-DAD

    vs.

AAMCO TRANSMISSIONS, INC.,

      Defendant.                            <u>ORDER</u>

/

        This matter comes before the court upon parties' stipulated conditional dismissal filed on May 17, 2011. (ECF 41.) The parties had noticed their settlement on April 26, 2011 and dispositional documents were to be filed no later than May 17, 2011.

        The court hereby accepts the parties' stipulation and ORDERS that this action shall be dismissed with prejudice and the case closed on July 15, 2011, unless either party files notice on or before that date noting that the settlement agreement has failed. By entering into this conditional settlement, parties have not waived or released any rights arising out of or related to the settlement agreement or its performance.

        IT IS SO ORDERED.

DATED: May 20, 2011.

                                              UNITED STATES DISTRICT JUDGE

1